Robert T. Szyba
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
*Attorneys for Defendant*
*Cancer Genetics, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREA NATASHA JACKSON,<br><br>   Plaintiff,<br><br>v.<br><br>CANCER GENETICS, INC.,<br><br>   Defendant. | Civil Action No.: 2:17-cv-01007-KM-JBC<br><br>**JOINT STIPULATION OF DISMISSAL**<br>**OF ALL CLAIMS WITH PREJUDICE** |

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff Pro Se, Andrea Natasha Jackson, and Defendant, Cancer Genetics, Inc., by and through its undersigned counsel, hereby stipulate and agree that any and all claims asserted in the captioned action shall be dismissed with prejudice. Further, each party will bear its own costs, expenses, and attorneys' fees.

Dated: November 19th, 2017

By: _____
Andrea Natasha Jackson
132 Park Avenue, #6
East Rutherford, NJ 07073
(404) 573-6501
ms.andreajackson123@gmail.com

Plaintiff Pro Se

SEYFARTH SHAW LLP

By: /s/ Robert T. Szyba
Robert T. Szyba
620 Eighth Avenue, 32nd Fl.
New York, NY 10018
(212) 218-5500
rszyba@seyfarth.com

Attorney for Defendant
Cancer Genetics, Inc.

SO ORDERED

_____
Kevin McNulty, U.S.D.J.
Date: 11/28/2017

2